## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**SEYOUM ALI CLARK**                                                                 **PLAINTIFF**

**v.**                                   **CASE NO. 1:16-CV-00083 BSM**

**BRADLEY HOWARD ROBERTSON, et al.**                                   **DEFENDANTS**

### ORDER

The proposed findings and recommendations submitted by United States Magistrate Judge Patricia S. Harris [Doc. No. 16] have been received. Plaintiff Seyoum Ali Clark has not filed objections. After careful consideration, the proposed findings and recommendations are adopted in their entirety, and Clark's claims against the Arkansas Department of Corrections are dismissed with prejudice.

IT IS SO ORDERED this 2nd day of February 2017.


_____

UNITED STATES DISTRICT JUDGE