**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**SEYOUM ALI CLARK**                                                                       **PLAINTIFF**
**ADC # 120783**

**v.**                                **CASE NO. 1:16-CV-00083 BSM**

**BRADLEY HOWARD ROBERTSON, et al.**                                         **DEFENDANTS**

**ORDER**

The findings and recommendations [Doc. No. 41] submitted by United States Magistrate Judge Patricia S. Harris have been received. No objections have been filed. After careful consideration, the findings and recommendations are adopted in their entirety. Accordingly, the motion to dismiss [Doc. No. 32] is granted, and defendants Correct Care Solutions and Shelia Armstrong are dismissed. The motion for judgment on the pleadings [Doc. No. 39] submitted by defendants Clinton Baker, Thomas Finney, Johnny Morris, and Bradley Robertson is denied.

IT IS SO ORDERED this 9th day of May 2017.

_____
UNITED STATES DISTRICT JUDGE