# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**SEYOUM ALI CLARK**                                                            **PLAINTIFF**
**ADC #120783**

**v.**                  **CASE NO. 1:16-CV-00083 BSM**

**BRADLEY HOWARD ROBERTSON, et al.**                       **DEFENDANTS**

## ORDER

The proposed findings and partial recommendation [Doc. No. 62] submitted by United States Magistrate Judge Patricia S. Harris have been received, and after careful consideration, they are adopted in their entirety. Accordingly, the defendants' motion to dismiss for lack of prosecution [Doc. No. 54] is denied. A new scheduling order will follow.

IT IS SO ORDERED this 27th day of November 2017.

                                                                                  _____
                                                                 UNITED STATES DISTRICT JUDGE