# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**SEYOUM ALI CLARK**  **PLAINTIFF**
**ADC# 120783**

v.  CASE NO. 1:16-CV-00083 BSM

**BRADLEY HOWARD ROBERTSON, et al.**  **DEFENDANTS**

## ORDER

The findings and partial recommendation submitted by United States Magistrate Judge Patricia S. Harris [Doc. No. 68] have been received as well as plaintiff Seyoum Ali Clark's objections [Doc. No. 68] thereto. After careful consideration and *de novo* review of the record, the findings and partial recommendation are adopted in their entirety, defendants Mitchell Jones's and Robert Reichard's motion for summary judgment [Doc. No. 43] is granted, and Clark's claims against Jones and Reichard are dismissed without prejudice for failure to exhaust. It is further certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 22nd day of January 2018.

_____
UNITED STATES DISTRICT JUDGE